UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| Case No. | 8:23-cv-01236-CJC-JDE | Date | August 11, 2023 |
|---|---|---|---|
| Title | Rising Edge Technologies California, LLC v. Jeff Jones et al | | |

Present: The Honorable   CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Rolls Royce Paschal | None Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL**

The Court, having been advised by the Plaintiff that this action has been resolved by a Notice of Dismissal [10], hereby orders this action dismissed without prejudice.  The Court hereby orders all proceedings in the case vacated and taken off calendar.

                                                                                                                          -       :      -

Initials of Deputy Clerk    rrp